Clare F. Thomas, Respondent, v. John H. Springer, Appellant.— Motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Elias T. Bragaw, as Administrator De Bonis Non with the Will Annexed, etc., of William Bragaw, Deceased, Respondent, v. Theodore W. Stemmler and Others, Appellants, Impleaded with Title Guarantee and Trust Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Walter L. Benn, Appellant, v. Harry H. Greenburg, Respondent.— Motion denied, with costs, with leave to renew in the event that the appeal is not prosecuted with due diligence. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Frederick B. Cole, Respondent, v. Anna M. Kunkely, Individually and as Administratrix of Max R. Kunkely, Deceased, and Others, Appellants. — Motion for reargument denied, with ten dollars costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Julia Gurrie, as Administratrix, etc., of Michael Gurrie, Deceased, Respondent, v. The New York and North Shore Traction Company, Appellant.— Motion to resettle order denied, without costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Josephine Hyde, as Administratrix, etc., of George Hyde, Deceased, Respondent, v. Richard Baldwin, Jr., Appellant, Impleaded with Robert K. Everett and John J. McLaughlin, Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

In the Matter of John H. Atkins, an Attorney.— Motion denied, without prejudice to renew after determination of respondent's appeal. Present — Hirschberg, Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Daniel Elliott for a Writ of Habeas Corpus.— Motion denied, on condition that the appellant perfect his appeal within thirty days, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.